UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: PACIFIC GAS AND ELECTRIC COMPANY,

        Debtor.
_____/

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

        Claimant/Appellant,

        v.

PACIFIC GAS AND ELECTRIC COMPANY,

        Objector/Appellee.
_____/

No. C 03-3499 PJH

Bankr. No. 01-30923 DM

**ORDER REMANDING CASE**

      Pursuant to the Ninth Circuit's June 2, 2008 mandate, this case is remanded to the United States Bankruptcy Court for further proceedings consistent with the March 20, 2008 judgment of the United States Supreme Court.

**IT IS SO ORDERED.**

Dated: June 4, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge